# Unclaimed Funds

Entered 1/1/2001 to 7/10/2013

| Case No./Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 10-42516 -msh<br>18992602 | Mark C. Rossi, Esq.<br>Esher Rossi LLC<br>One Boston place, 26th Floor<br>Boston, Ma 02110<br>02110 | 5,000.00 | 07/10/2013 |

**Grand Total: 5,000.00**